**FILED**

February 3, 2010

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUIS ANGEL RODRIGUEZ-GUEVARA,)<br>)<br>Defendant. ) | Case No. 2:10MJ00027-KJM-3<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  LUIS ANGEL RODRIGUEZ-GUEVARA ,

Case No.  2:10MJ00027-KJM-3  , Charge  21USC § 846 and 841(a)(1)  , from custody subject

to the conditions contained in the attached "Notice to Defendant Being Released" and for the

following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

        __    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 3, 2010  at  2:00 pm  .

By    /s/ Gregory G. Hollows

Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court