```
BENJAMIN B. WAGNER
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-10-055-FCD |
| Plaintiff, ) | MOTION AND ORDER DISMISSING INDICTMENT |
| v. ) | |
| LUIS ANGEL RODRIGUEZ-GUEVARA, ) | |
| Defendant. ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Indictment, filed February 11, 2010.  In resolution of this case, LUIS ANGEL RODRIGUEZ-GUEVARA will enter a guilty plea to a related state charge.

///
///
///
///
///

1

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure 48(a).

DATED: August 9, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         By  /s/ Mary L. Grad
                                         MARY L. GRAD
                                         Assistant U.S. Attorney


**O R D E R**

It is ordered that the above-captioned Indictment be and is hereby dismissed without prejudice against LUIS ANGEL RODRIGUEZ-GUEVARA.

DATED: August 9, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE