**DINA L. SANTOS**
Attorney at Law
State Bar No. 204200
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for Petitioner
LOUIS RODRIGUEZ-GUEVARA

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America**, | Case No. CR. S-10-055 FCD |
| v. | **REQUEST FOR ORDER & ORDER EXONERATING BOND** |
| LOUIS RODRIGUEZ GUEVARA | |
| Defendant. | |

The above referenced criminal case has been dismissed without prejudice against Mr. Louis Rodriguez-Guevara. On or about February 3, 2010, a 100,000 appearance bond, secured by a deed of trust against the real property of Celia and Gregorio Rodriguez, was posted on behalf of defendant Mr. Rodriguez-Guevara. Two vehicles belonging to Celia and Gregorio Rodriguez were also posted as collateral and the pink slips were delivered to the clerk of the court. Accordingly, the sureties for Mr. Rodriguez-Guevara's bail bond are entitled to the release of their real property and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title of such property forthwith.

It is also respectfully requested that any and all property, including Mr. Louis Rodriguez-Guevara's passport be returned to him.

Dated:        September 13, 2010            /s/ Dina L. Santos
                                             DINA L. SANTOS
                                             Attorney for
                                             LOUIS RODRIGUEZ-GUEVARA

## **ORDER**

IT IS HEREBY ORDERED THAT THE BAIL BOND IN THE AMOUNT OF $100,000 POSTED BY CELIA AND GREGORIO RODRIGUEZ, SECURED BY A DEED OF TRUST FROM THEIR HOME IS HEREBY EXONERATED AND THE PINK SLIPS OF 2000 FORD AUTOMOBILE, PLATE NUMBER 4MEM737 AND THE 2002 CHEVY TRUCK, PLATE NUMBER 7R37373, BE RELEASED AND RETURNED TO CELIA AND GREGORIO RODRIGUEZ .

Dated: September 16, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE